IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVIS GRIFFIN AND KURLENE GRAY,<br>**Plaintiffs,**<br><br>v.<br><br>UPPER MERION TOWNSHIP,<br>MUNICIPALITY OF NORRISTOWN,<br>AND SMITH OWNER LLC,<br>     **Defendants.** | CIVIL ACTION<br><br><br><br><br>NO. 23-3020 |

## ORDER

**AND NOW**, this 10th day of October, 2023, upon consideration of Defendants' Motions to Dismiss for Failure to State a Claim (ECF Nos. 3, 4, 10), and Plaintiffs' responses thereto (ECF Nos. 13, 14, 15), it is hereby **ORDERED** that Defendants' motions are **GRANTED**. With respect to Defendant Smith Owner LLC, Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. With respect to Defendants Upper Merion Township and Municipality of Norristown, Plaintiffs' claim for intrusion upon seclusion is **DISMISSED WITH PREJUDICE**. Plaintiffs' remaining claims against these defendants are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:


/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**